# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| **Plaintiff,** | |
| v. | **CRIMINAL NO. 15-423 (PAD)** |
| **JOSE PANET-PANEL,** | |
| **Defendant**. | |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, José Panet-Panel (Docket No. 53), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Counts One and Two of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 54).  The parties shall file their sentencing memoranda not later than October 14, 2016.  The Sentencing Hearing is set for October 28, 2016 at 10:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of August, 2016.

                                            S/Pedro A. Delgado-Hernández
                                            PEDRO A. DELGADO HERNANDEZ
                                            United States District Judge